Michael N. Westheimer, State Bar No. 178938
Angela McIsaac, State Bar No. 285182
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, California 94304
Telephone: +1 650 856 5572
Facsimile: +1 650 856 9299
Email:    Michael.Westheimer@bakermckenzie.com
Email:    Angela.McIsaac@bakermckenzie.com

Attorneys for Defendant
PAE GOVERNMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIA DUFFY,<br><br>            Plaintiff,<br><br>      v.<br><br>PAE GOVERNMENT SERVICES, INC.,<br><br>            Defendant. | **Case No. CV12-7258 JFW(SHX)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served:**<br>December 19, 2012<br>**Current response date:**<br>January 9, 2013<br>**New response date:**<br>January 30, 2013 |

Pursuant to Rule 8-3 of the Local Rules for the United States District Court for the Central District of California, Plaintiff Denia Duffy ("Plaintiff") and Defendant PAE Government Services, Inc., ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff initially served Defendant with Summons and Complaint on December 19, 2012;

WHEREAS, Defendant's responsive pleading to the Complaint is due by January 9, 2013; and

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

487555-v1\PALDMS

1

Case No. CV12-7258 JFW (SHX)
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1     WHEREAS, the Parties have agreed to stipulate, pursuant to Rule 8-3, to an
2 extension of 21 days, up to and including January 30, 2013 for Defendant to respond
3 to the Complaint;

4     NOW THEREFORE, the Parties hereby stipulate and agree as follows:

5     The Parties stipulate and agree that Defendant shall have a 21-day extension, up
6 to and including January 30, 2013 for Defendant to respond to the Complaint in this
7 action.

8     IT IS SO STIPULATED.

10 Dated: January 8, 2013     SCHONBRUN DeSIMONE SEPLOW
11     HARRIS HOFFMAN & HARRISON LLP

12     By:*/s/: Paul Hoffman*
13     Paul Hoffman
    Carl Varady
14     Catherine Sweetser
    Attorneys for Plaintiff, DENIA DUFFY

15

16 Dated: January 8, 2013     BAKER & MCKENZIE LLP

17     By:*/s/: Michael N. Westheimer*
    Michael N. Westheimer
18     Angela McIsaac
    Attorneys for Defendant, PAE
19     GOVERNMENT SERVICES, INC.

20     I, Michael N. Westheimer, attest that all other signatories listed above, and on
21 whose behalf the filing is submitted, concur in the filing's content and have authorized
22 the filing.

23 Dated: January 8, 2013     BAKER & MCKENZIE LLP

24     By:*/s/: Michael N. Westheimer*
    Michael N. Westheimer
25     Angela McIsaac
    Attorneys for Defendant, PAE
26     GOVERNMENT SERVICES, INC.

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No. CV12-7258 JFW (SHX)
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
487555-v1\PALDMS