| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 12-7258-JFW (SHx)** | Date:  February 6, 2013 |

Title:     Denia Duffy -v- PAE Government Services, Inc.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

| PROCEEDINGS (IN CHAMBERS): | **ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF VIRGINIA;** |
| | |
| | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS ACTION FOR IMPROPER VENUE, OR ALTERNATIVELY, TO TRANSFER ACTION TO EASTERN DISTRICT OF VIRGINIA [filed 1/30/2013; Docket No.8];** |

   Based on the Stipulation to Transfer Action to the Eastern District of Virginia filed on February 6, 2013, the Court signs the proposed Order Granting Transfer to the Eastern District of Virginia, and **DENIES** Defendant's Motion to Dismiss Action for Improper Venue, or Alternatively, to Transfer Action to Eastern District of Virginia **as moot.**


   IT IS SO ORDERED.